**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ROSMERYS DIAZ,

                      Plaintiff,              **26 Civ. No. 368 (DEH) (GS)**

         -against-                       **ORDER**

JAY'S SPANISH RESTAURANT CORP.
and JAY CARMONA,

                   Defendants.
-----------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

On May 25, 2026, Defendant Jay Carmona filed his answer to Plaintiff's Complaint. (Dkt. No. 16). As Defendant Carmona previously pointed out himself, his *pro se* status prohibits him from representing his business, Defendant Jay's Spanish Restaurant Corporation, in this action. (Dkt. No. 13). The Clerk of Court is respectfully directed to modify the text entry at Docket Number 16 to indicate that Defendant Carmona's answer was filed only by him. Additionally, the Clerk of Court is respectfully directed to issue Plaintiff's proposed Clerk's Certificate of Default (Dkt. No. 17), assuming it is procedurally compliant.

      SO ORDERED.

DATED:    New York, New York
            June 8, 2026

                                          _____
                                          GARY STEIN
                                          United States Magistrate Judge