**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

ROSMERYS DIAZ, *individually and on behalf of others similarly situated,*

*Plaintiff,*

-against-

JAY'S SPANISH RESTAURANT CORP. (D/B/A JAY'S SPANISH RESTAURANT) and JAY CARMONA,

*Defendants,*

---------------------------------------------------------------X

Civil Action No. 26-cv-00368

**JUDGMENT**

**<u>JUDGMENT</u>**

On August 31, 2026, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, ROSMERYS DIAZ, has judgment against JAY'S SPANISH RESTAURANT CORP. (D/B/A JAY'S SPANISH RESTAURANT) and JAY CARMONA, jointly and severally, in the amount of Fifteen Thousand Dollars and Zero Cents ($15,000.00), which is inclusive of attorneys' fees and costs. The Clerk of Court is respectfully requested to close this case.

Dated: September 2, 2026

New York, New York

Hon. Judge Dale E. Ho
U.S District Judge